UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY PUGH,<br><br>       Plaintiff,<br><br>   v.<br><br>KING COUNTY JAIL, et al.,<br><br>       Defendants. | Case No. C23-734RSL<br><br>ORDER OF DISMISSAL |

On August 1, 2023, the Honorable David W. Christel, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter, Dkt. # 4. That Report and Recommendation was mailed to plaintiff but was returned unopened on August 16, 2023, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. # 5. On August 17, 2023 this Court issued an Order to Show Cause, Dkt. # 6. That Order to Show Cause was returned unopened on August 28, 2023, Dkt. #8.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address.  Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

ORDER OF DISMISSAL - 1

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 23rd day of October, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2